## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| **LARRY SIMPSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **CIVIL NO. 1:05cv354** |
| **v** ) | |
| ) | |
| **SNYDER'S OF HANOVER, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Danielle R. Fahr of the law firm of Eckert Seamans Cherin & Mellott, LLC to appear as additional counsel for the defendant in this matter filed on December 7, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Danielle R. Fahr is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: December 8, 2005**

Dennis L. Howell
United States Magistrate Judge